UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 21, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

BREANNA R. LENTEN

Defendant.

Case No. 2:18-mj-00120-KJN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  BRENDA R. LENTEN

Case No. 2:18-mj-00120-KJN  Charge  21 USC § 846, 841(a)(1); 18 USC § 1956(h)

from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

X  Unsecured Appearance Bond $  100,000 co-signed by Jason and ~~Tabitha~~ Tabatha Lenten

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

X  (Other): Pretrial Release conditions as stated on the record in open court.

Issued at Sacramento, California on June 21, 2018 at 2:00 PM

By: _____

Magistrate Judge Kendall J. Newman